

**GRANTED/ APPROVED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

John L. Wheeler
District Court Judge

DATE OF ORDER ON ATTACHMENT

EFILED Document
CO Arapahoe County District Court 18th JD
Filing Date: Sep 10 2011 6:25PM MDT
Filing ID: 39752472
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court Address: 7325 So. Potomac Street<br>Centennial, CO 80112<br><br>Phone Number: (303) 649-6355 | |
| Plaintiff:<br><br>BRIDGET ESPINOZA,<br><br>Defendant:<br><br>QUEST DIAGNOSTICS PROVIDER NETWORK, LLC | ▲ COURT USE ONLY ▲<br><br>Case Number: 11-CV-1573 |
| Defendant's Attorney:<br>Name: Margaret Parnell Hogan, Atty. Reg. #038498<br>　　　mphogan@littler.com<br>　　　Kalisha Salome Chorba, Atty. Reg. #41294<br>　　　kchorba@littler.com<br>Address:　　LITTLER MENDELSON, P.C.<br>　　　　　　1200 17th Street<br>　　　　　　Suite 1000<br>　　　　　　Denver, CO 80202.5835<br><br>Phone Number: 303.629.6200 | |
| **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** | |

**THIS CAUSE** coming to be heard on Defendant Quest Diagnostics Provider Network, LLC's Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint, due notice having been given, and the Court having been duly advised on the premises:

**IT IS HEREBY ORDERED:**

Defendant's Motion is granted. The Court grants Defendant ten (10) additional days to submit its answer or other responsive pleading, up to and including September 22, 2011.

　　　　　Dated this _____ day of _____, 2011.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**DISTRICT COURT**

EXHIBIT F

Firmwide:103701503.1 999999.3524

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| Court: | CO Arapahoe County District Court 18th JD |
| Judge: | John Wheeler |
| File & Serve Transaction ID: | 39720464 |
| Current Date: | Sep 10, 2011 |
| Case Number: | 2011CV1573 |
| Case Name: | ESPINOZA, BRIDGET vs. QUEST DIAGNOSTICS PROVIDER NETWORK LLC |
| Court Authorizer: | John Wheeler |

/s/ Judge John Wheeler