**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02477-CMA-BNB

BRIDGET ESPINOZA,

    Plaintiff,

v.

QUEST DIAGNOSTICS PROVIDER NETWORK, LLC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Stipulated Motion To Dismiss (Doc. # 18) signed by the attorneys for the parties hereto, it is

    ORDERED that the above-captioned Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

    DATED:  April __23__, 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge