IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02477-CMA-BNB

BRIDGET ESPINOZA,

　　　　Plaintiff,

v.

QUEST DIAGNOSTICS PROVIDER NETWORK, LLC,

　　　　Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

　　　　Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Stipulated Motion To Dismiss (Doc. # 18) signed by the attorneys for the parties hereto, it is

　　　　ORDERED that the above-captioned Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

　　　　DATED: April __23__, 2012

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Christine M Arguello*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHRISTINE M. ARGUELLO
　　　　　　　　　　　　　　　　　　United States District Court Judge